The People of the State of New York, Respondent, v. Robert De Crumpe, Appellant.— Judgment of conviction of the Court of Special Sessions, City of New York, Borough of Brooklyn, unanimously affirmed. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

The People of the State of New York, Respondent, v. Frank Pennestri and Lucia Pennestri, Appellants.— Judgment of conviction of the County Court of Orange county reversed upon the law and the facts and new trial ordered. In our opinion, the county judge committed prejudicial error in receiving evidence of a prior raid made upon the premises in question when the premises were in charge of another tenant. Knowledge on the part of the appellants as to the character of the premises at that time did not tend to show knowledge on their part of the character of the premises thereafter when the premises were leased to another tenant. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

The People of the State of New York ex rel. Lee McCanliss, Respondent, v. Irene McCanliss, Appellant.— Order awarding custody of infant child to respondent reversed upon the law, with ten dollars costs and disbursements, and habeas corpus proceeding dismissed, with costs. At the time of the commencement of the habeas corpus proceeding there was pending an action for the annulment of the marriage between appellant and respondent, in which respondent sought the custody of an infant child of the marriage. This was the same relief he sought in the habeas corpus proceeding. The adjudication in the habeas corpus proceeding, if sustained, would be binding in the annulment suit on the question of custody of the child, and no further. (Matter of Lee, 220 N. Y. 532; Ferris Extraordinary Legal Remedies, § 55, pp. 72–74; Freeman Judgments [5th ed.], §§ 827–829.) In face of the pendency of the annulment suit, in which judgment awarding the custody of the child to the respondent is sought, the habeas corpus proceeding should have been dismissed. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

George Sell, Respondent, v. Supermaid Cook-Ware Corporation, Appellant.— Order granting in part plaintiff's motion for the examination, without the State, of the defendant through its president, and for the production thereon of certain books and papers, affirmed, with ten dollars costs and disbursements; examination to proceed on five days, notice before the official named in the order and at the place therein stated. No opinion. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.